UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1776 PROJECT FOUNDATION,<br><br>*Plaintiff*,<br><br>and<br><br>THE UNITED STATES OF AMERICA,<br><br>*Plaintiff-Intervenor*,<br><br>v.<br><br>ALBERTO M. CARVALHO, Superintendent of the Los Angeles Unified School District (LAUSD), and SCOTT SCHMERELSON, President of the Los Angeles Unified School District (LAUSD) Board of Education, and BOARD OF EDUCATION OF THE LOS ANGELES UNIFIED SCHOOL DISTRICT,<br><br>*Defendants*. | No. 2:26-CV-00548-HDV (AGRx)<br><br>[PROPOSED] ORDER ON UNITED STATES OF AMERICA'S MOTION TO INTERVENE<br><br>Honorable Hernan D. Vera<br>United States District Judge |

**[PROPOSED] ORDER**

Pursuant to Rule 24(a), and based upon the Certification of the Attorney General on file in this action,

IT IS HEREBY ORDERED THAT:

1. The United States of America is permitted to intervene and to file its

1 | proposed Complaint in Intervention.

Dated:_____

_____
HERNAN D. VERA
UNITED STATES DISTRICT JUDGE

Presented by:

HARMEET K. DHILLON
Assistant Attorney General
JESUS A. OSETE
Principal Deputy Assistant Attorney General
JEFFREY MORRISON
Acting Chief, Educational Opportunities Section

*/s/ John P. Mertens*
JOHN P. MERTENS
Acting Deputy Chief
ERIC LANSING
Trial Attorney


TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

   */s/ Julie A. Hamill*
JULIE A. HAMILL
Assistant United States Attorney

Attorneys for Plaintiff-Intervenor
United States Of America