Matthew J. Craig (SBN 350030)
mcraig@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Defendants Board of Education of the Los Angeles Unified School District, Alberto M. Carvalho, and Scott Schmerelson*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| 1776 PROJECT FOUNDATION, | Case No. 2:26-cv-00548-HDV-AGR |
|---|---|
| Plaintiff, | **DEFENDANTS' STATUS REPORT REGARDING THE UNITED STATES' INTERVENTION** |
| v. | |
| ALBERTO M. CARVALHO, Superintendent of the Los Angeles Unified School District (LAUSD), *et al.*, | District Judge: Hon. Hernán D. Vera<br>Magistrate Judge: Hon. Alicia G. Rosenberg |
| Defendants. | |

The United States has moved to intervene in this action pursuant to Federal Rule of Civil Procedure 24 and 42 U.S.C. § 2000h-2. ECF 15. The Court has directed Defendants to "file their position on the pending Motion to Intervene by May 7, 2026, their current deadline to respond to the initial complaint." ECF 25. Pursuant to that order, Defendants state that they do not oppose the United States' motion to intervene.

Dated: Los Angeles, CA
April 24, 2026

Respectfully submitted,

_____
Matthew J. Craig
HECKER FINK LLP

*Counsel for Defendants Board of Education of the Los Angeles Unified School District, Alberto M. Carvalho, and Scott Schmerelson*

2