LINK 45

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

1776 PROJECT FOUNDATION,

Plaintiff,

v.

ALBERTO M. CARVALHO,
Superintendent of the Los Angeles
Unified School District (LAUSD), *et al.*,

Defendants.

Case No. 2:26-cv-00548-HDV-CTS

**JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS**

District Judge: Hon. Hernán D. Vera
Magistrate Judge: Hon. Christina T. Shay

**[PROPOSED] ORDER**

The Court, having considered the joint stipulation of Plaintiff 1776 Project Foundation, Plaintiff-Intervenor United States, and Defendants Board of Education of the Los Angeles Unified School District, Alberto M. Carvalho, and Scott Schmerelson, and for good cause thereon, it is HEREBY ORDERED that:

1. Defendants shall file their motion to dismiss on or before June 22, 2026, and one memorandum of points and authorities in support of those motions that shall not exceed 30 pages;

2. Plaintiff and Plaintiff-Intervenor shall file their oppositions to the motion to dismiss on or before July 31, 2026;

3. Defendants shall file their replies in support of their motion to dismiss on or before August 28, 2026; and

4. A hearing on Defendants' motion to dismiss is set for September 24, 2026, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated:   06/24/26

_____
Honorable Hernán D. Vera
United States District Judge

1