LINK 69

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION (LOS ANGELES)**

| | |
|---|---|
| 1776 PROJECT FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO M. CARVALHO, ET AL.<br><br>Defendants. | Case No. 2:26−CV−00548−HDV−CTSx<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANTS-INTERVENORS' MOTION TO DISMISS**<br><br>**Hearing Date: September 24, 2026**<br>**Hearing Time: 10:00 a.m.**<br>**Courtroom: Courtroom 5B**<br>**Judge: Hon. Hernán D. Vera** |

The Court, having considered the Joint Stipulation of Plaintiff 1776 Project Foundation; Plaintiff-Intervenor United States of America; and Defendant-Intervenors Niglmoro Okuk on behalf of her minor child, A.M., and Latonya Huey on behalf of her minor child, E.H., and finding good cause, hereby ORDERS:

1. Defendant-Intervenors will file their reply briefs in further support of their Motion to Dismiss – or a consolidated reply brief of up to fifteen pages – on or before **September 14, 2026**;
2. The hearing date for Defendant-Intervenors' Motion to Dismiss will remain set for **September 24, 2026 at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: 09/02/26

Honorable Hernán D. Vera
United States District Judge