LINK 70

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1776 PROJECT FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTO M. CARVALHO, Superintendent of the Los Angeles Unified School District (LAUSD), *et al.*,<br><br>Defendants. | Case No. 2:26-cv-00548-HDV-CTS<br><br>**STIPULATION TO INCREASE PAGE LIMIT FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY**<br><br>District Judge: Hon. Hernán D. Vera<br>Magistrate Judge: Hon. Christina T. Shay |

# [~~PROPOSED~~] ORDER

The Court, having considered the joint stipulation of Plaintiff 1776 Project Foundation, Plaintiff-Intervenor United States, and Defendants Board of Education of the Los Angeles Unified School District, Alberto M. Carvalho, and Scott Schmerelson, and for good cause thereon, it is HEREBY ORDERED that Defendants may file a reply in support of their motion to dismiss or, in the alternative, stay not exceeding fifteen pages. All other applicable page limits and deadlines remain unchanged.

**IT IS SO ORDERED.**

Dated: 09/08/26

Honorable Hernán D. Vera
United States District Judge